Certificate Number: 14912-NJ-DE-037014584

Bankruptcy Case Number: 22-19128

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2022 DEC -8 P 3:05

JEANNE A. NAUGHTON

BY:

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 2, 2022</u>, at <u>1:06</u> o'clock <u>AM EST</u>, <u>Filia Dorcilhomme</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date: <u>December 2, 2022</u>          By:   <u>/s/Jai Bhatt</u>

                                     Name: <u>Jai Bhatt</u>

                                     Title: <u>Counselor</u>